E-FILED
Wednesday, 06 August, 2025 09:05:47 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SAMANTHA BURTON, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:23-cv-04132-SLD-JEH |
| IPREH, LLC d/b/a INNOVATIVE PRODUCTION USA, | ) ) ) ) | Judge: Chief Judge Sara L. Darrow |
| Defendant. | ) | |

**PLAINTIFF'S REVISED UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Samantha Burton ("Plaintiff" or "Burton") has asserted claims individually, and as a proposed representative of the "Rule 23 Class" and "FLSA Class", related to the payment of wages to certain employees of Defendant IPREH, LLC d/b/a Innovative Production USA ("Defendant"). Specifically, the Rule 23 Class consists of those individuals who, at any time during the period between September 22, 2022, and September 17, 2023, were employed by Defendant at its facility located in Galesburg, Illinois, involved in the manufacturing, packaging, or handling of food or food products, and required to don and doff sanitary clothing and other protective equipment at any time. The FLSA Class refers to any individual who opts in to this action via written consent and who, at any time during the period between September 22, 2022 and September 17, 2023 was employed by Defendant at its facility located in Galesburg, Illinois, involved in the manufacturing, packaging or handling of food products, and required to don and doff sanitary clothing and other protective equipment at any time. This Unopposed Motion seeks provisional certification of the Rule 23 Class and the FLSA Class for settlement purposes only pursuant to Federal Rule of Civil Procedure 23(b)(3), preliminary approval of the Settlement and

Class Action Settlement Agreement ("Settlement Agreement," attached as Exhibit 1), appointment of Robert Kondras and Taryn Dissett as Class Counsel, approval of the proposed Notice of Class Action Settlement and Fairness Hearing ("Settlement Notice," which is attached to the Settlement Agreement), and scheduling of the Rule 23 Fairness Hearing for the final approval of the Settlement Agreement.

Consistent with this request, Plaintiff also moves the Court to enter an Order in the form of the attached Order Preliminarily Approving Class Action Settlement Agreement and Class/Collective Notice and Setting Fairness Hearing (attached as Exhibit C). Defendant does not oppose Plaintiff's motion. The grounds for this Unopposed Motion are more fully discussed in the accompanying Memorandum in Support.

Dated: August 6, 2025                                   Respectfully submitted,

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr., #18038-84
Taryn R. Dissett, #37622-84
HASSLER KONDRAS MILLER LLP
100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691 Phone
(812) 234-2881 Facsimile
kondras@hkmlawfirm.com
tdissett@hkmlawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's filing system. Parties may access this filing through the Court's system.

/s/Robert P. Kondras, Jr.
Robert P. Kondras, Jr.

4:23-cv-04132-SLD-RLH    # 24    Filed: 08/06/25    Page 3 of 3